7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Ray Ussery and Teresa Marie Ussery
**Debtor**

*Bankruptcy Case No.*
11−60584−abf7

**Mid−Missouri Bank**
   Plaintiff(s)

*Adversary Case No.*
11−06055−abf

v.

**Michael Ray Ussery**
**Teresa Marie Ussery**
**Mid−Missouri Bank**
   Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by consent of the parties is hereby entered in favor of the Plaintiff and against Defendant Michael Ray Ussery only in the amount of $900,000.00 on Count I of the Complaint and the court finds that the said sum is non−dischargeable under ll U.S.C. Section 523(a)(2)(A) with interest to accrue at the federal judgment rate, and that all other counts of Plaintiff's Complaint against the Defendant Michael Ray Ussery and all counts of Plaintiff's Complaint against Teresa Marie Ussery be dismissed with prejudice and all counts of Defendants' counterclaim against Plaintiff and Counterclaim Defendants are dismissed with prejudice.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
      Deputy Clerk



Date of issuance: 12/9/15

Court to serve